**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00356-CV**

_____

**DANIEL BRIAN JOHNSON, Appellant**

**V.**

**SCOTT MARBLE AND CYNTHIA MARBLE, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-06-07305-CV**

## MEMORANDUM OPINION

Daniel Brian Johnson appealed from a judgment signed June 4, 2018. On October 17, 2018, we notified the parties that the appeal would be dismissed unless Johnson remitted the filing fee for the appeal. Johnson failed to pay the filing fee or explain why he should not be required to pay costs in this appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(b), (c).

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 28, 2018
Opinion Delivered November 29, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.